**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
725 South Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: 213.542.3380
Fax: 213.542.3381

**FREDRIKSON & BYRON, P.A.**
LORA M. FRIEDEMANN (admitted *pro hac vice*)
lfriedemann@fredlaw.com
ANNE RONDONI TAVERNIER (admitted *pro hac vice*)
arondonitavernier@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Tel: 612.492.7000

Attorneys for Defendants,
NORM THOMPSON OUTFITTERS, LLC
and BLUESTEM BRANDS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORM THOMPSON OUTFITTERS, LLC, a Delaware limited liability company; BLUESTEM BRANDS, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:19-cv-02765-PSG-SS<br><br>*Assigned to Judge Philip S. Gutierrez; Referred to Magistrate Judge Suzanne H. Segal*<br><br>**NOTICE OF FILING OF BANKRUPTCY PETITION**<br><br>Complaint Filed: April 10, 2019<br>Trial Date: TBA |

## NOTICE OF FILING OF BANKRUPTCY PETITION

YOU ARE HEREBY NOTIFIED that on March 9, 2020, Bluestem Brands, Inc. ("Debtor"), a defendant herein, filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware, Case Number 20-10566-MFW.

Please note further that, as provided in 11 U.S.C. § 362, the filing of the petition operates as a stay of the continuation of any judicial proceeding against Debtor; of the enforcement against Debtor or against property of Debtor's bankruptcy estate ("estate") of any judgment obtained before the filing of the bankruptcy petition; of any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; of any act to create, perfect, or enforce any lien against property of the estate; and of any act to collect, assess, or recover a claim against the Debtor that arose before the filing of the bankruptcy petition.

DATED: March 19, 2020                    DOLL AMIR & ELEY LLP


By: _/s/ Hunter R. Eley_____
     HUNTER R. ELEY
Attorneys for Defendants,
NORM THOMPSON OUTFITTERS, LLC
and BLUESTEM BRANDS, INC.